UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 4:21-CR-103 |
| FATHY ELSAFTY, | § § § | |
| Defendant. | § | |

## ORDER

The Court has considered the defendant Fathy Elsatfy's Motion to Reconsider the Court's Denial of his Prior Motion to Sever. Based on the motion, response in opposition, and record in this matter, IT IS HEREBY ORDERED that the motion is DENIED.

Signed at Houston, Texas, on this _____ day of _____, 2023.

_____
THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE